[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 10, 2006
THOMAS K. KAHN
CLERK

No. 05-12307
Non-Argument Calendar
_____

D. C. Docket No. 03-00610-CR-LSC-RRA

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARVIN LAVALE WILLIAMS,
a.k.a. Marvin Duncan,
a.k.a. Fat Cat,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(April 10, 2006)**

Before BIRCH, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Ed R. Haden, appointed counsel for Marvin Lavale Williams, has moved to withdraw from further representation of Williams, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Williams's conviction and sentence are **AFFIRMED**.